# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELORES J. SUTTON,<br>    Plaintiff(s),<br>v.<br>PLUSFOUR, INC.,<br>    Defendant(s). | Case No.: 2:19-cv-00864-JCM-NJK<br>**ORDER**<br>(Docket Nos. 6, 7) |

The parties move, through stipulation, to extend Defendant's deadline to respond to Plaintiff's complaint to August 31, 2019. Docket Nos. 6, 7. The Court **DENIES** that request. Any responsive filing by Defendant was due on June 21, 2019, and the parties have not shown, as required, both good cause and excusable neglect in requesting this extension.

IT IS SO ORDERED.

Dated: August 22, 2019

Nancy J. Koppe
United States Magistrate Judge