Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES J. SUTTON,<br><br>                       Plaintiff,<br><br>         v.<br><br>PLUSFOUR, INC.,<br><br>                       Defendant. | Case No. 2:19-cv-00864-JCM-NJK<br><br>**STIPULATION OF DISMISSAL OF PLUSFOUR SOLUTIONS, LLC WITH PREJUDICE**<br><br>Complaint filed:  May 21, 2019 |

PLEASE TAKE NOTICE that Plaintiff Delores J. Sutton ("Plaintiff") and Defendant PlusFour, Inc., ("PlusFour") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and PlusFour to be determined by the Court, and PlusFour is the only defendant. Plaintiff hereby stipulates that all of her claims and causes of action against PlusFour, which were or could have been the subject matter

of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: July 22, 2020.

| **KNEPPER & CLARK LLC** | **SHUMWAY VAN** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Garrett R. Chase* |
| Matthew I. Knepper, Esq., SBN 12796 | Garrett R. Chase, Esq., SBN 14498 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Avenue, Suite 100 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: garrett@shumwayvan.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant PlusFour, Inc.* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF PLUSFOUR INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED July 27, 2020